## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR MOHAMMADI, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:18-CV-01707 |
| vs. | ) | |
| | ) | Judge Cathy Bissoon |
| SLIPPERY ROCK UNIVERSITY OF PENNYSLVANIA, THE PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION and ROBERT TAYLOR | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### REPORT OF MEDIATION

A Mediation session was held in the above-captioned matter on June 17, 2019.

The case (please check one):

☒ has resolved.

☐ has resolved in part (see below).

☐ has not yet resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Date: June 19, 2019         Signature of Neutral:  /s/ *Maria Greco Danaher*

38976902.1